1240

No. 02–8692. LOPEZ-TREJO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8695. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8696. LEONARD, AKA SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–8697. TORRES-HERNANDEZ v. UNITED STATES; and GONZALEZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 407 (second judgment) and 408 (first judgment).

No. 02–8699. RICHARDSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8700. REAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8705. CAMACHO-MALDONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8707. OWENS-EL v. HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02–8708. CRISP v. UNITED STATES; and RUSSELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 407 (first judgment) and 408 (second judgment).

No. 02–8709. CASTRO-CARDONA, AKA BRAVO-DOMINGUEZ v. UNITED STATES; CONDE-COVARRUBIAS v. UNITED STATES; DE LA TORRE-ALMEIDA v. UNITED STATES; GUERRERO-CASTILLO v. UNITED STATES; ROSALES-RODRIGUEZ v. UNITED STATES; and VERGARA-ESTRADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 409.

No. 02–8710. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8712. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8713. CARNES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.